AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

| | |
|---|---|
| MICHAEL A. BACON,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BARKER, LANE WOLFENBARGER, DAVID KING, CARLIE MARSTON, JEREMY FOWLKE, STEVEN HYMAS, CAMERON WARNER, and SALT LAKE CITY CORPORATION,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:21-cv-760 |

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

March 31, 2025
*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge